People ex rel. DeFazio v Imperati (2024 NY Slip Op 00254)

People ex rel. DeFazio v Imperati

2024 NY Slip Op 00254

Decided on January 18, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 18, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
ANGELA G. IANNACCI
LILLIAN WAN
JANICE A. TAYLOR, JJ.

2024-00332

[*1]The People of the State of New York, ex rel. Anthony DeFazio, on behalf of Sabrina Rania Aboshanab, petitioner,
v
Kirk Imperati, etc., et al., respondents.

Anthony DeFazio, Beacon, NY, petitioner pro se.
Anthony P. Parisi, District Attorney, Poughkeepsie, NY (Liz Kurtz of counsel), for respondents.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Sabrina Rania Aboshanab upon her own recognizance or, in the alternative, to set reasonable bail upon Dutchess County Indictment Nos. 83/2023 and 70935/2023.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the County Court, Dutchess County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
DILLON, J.P., IANNACCI, WAN and TAYLOR, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court